No. 91–392. DAVIS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–393. MAJESKE *v.* BOARD OF TRUSTEES FOR REGIONAL COMMUNITY COLLEGES. C. A. 2d Cir. Certiorari denied.

No. 91–395. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–399. BRINSTON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 91–400. BUTLER ET UX. *v.* BUICK MOTOR CO., A DIVISION OF GENERAL MOTORS CORP. Ct. App. Tenn. Certiorari denied.

No. 91–404. AMERICAN TRANSMISSIONS, INC., ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–413. BOWERS *v.* UNITED STATES DEPARTMENT OF JUSTICE. C. A. 4th Cir. Certiorari denied.

No. 91–414. MADKOUR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–420. BELLIS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 91–447. RAVEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5084. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5104. ROSA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5141. JOHNS *v.* KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5170. EDWARDS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.